1  Damian M. Dolin, Esq., Bar No. 220867
   Robert A. Ortiz, Esq., Bar No. 246849
2  **PETTIT KOHN INGRASSIA & LUTZ PC**
   11622 El Camino Real, Suite 300
3  San Diego, California  92130-2051
   Tel:   (858) 755-8500
4  Fax:   (858) 755-8504
   Email:    ddolin@pettitkohn.com
5             rortiz@pettitkohn.com

6  Attorneys for Defendant
   **ALLIED INTERSTATE, INC.**
7

8
                    UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE
10

11 | TAMARA BARNES,              | Case No. 5:09-cv-03446-PVT
   |                             |
12 |         Plaintiff,          | **NOTICE OF SETTLEMENT OF ENTIRE CASE**
   |                             |
13 | v.                          |
   |                             |
14 | ALLIED INTERSTATE, INC.,    |
   |                             |
15 |         Defendant.          |

16
17  TO THE COURT, PLAINTIFF TAMARA BARNES AND HER ATTORNEYS
18  OF RECORD:
19      PLEASE TAKE NOTICE that the above-entitled and numbered case has
20  been settled in its entirety.  The Settlement Agreement and Release conditions
21  dismissal of this matter on the satisfactory completion of specified terms, including
22  payment of $3,500 to Plaintiff TAMARA BARNES, the execution of the
23  Settlement Agreement and Release and the filing of a Joint Stipulation Dismissing
24  the Case.
25      The parties anticipate that the terms of the settlement will be performed
26  within 45 days of the date of settlement.  A Joint Stipulation Dismissing the Case
27  will be filed no later than November 23, 2009.
28  ///

316-2162

1

NOTICE OF SETTLEMENT OF ENTIRE CASE
Case No. 5:09-cv-03446-PVT

1 | The next scheduled hearing or conference is a Case Management Conference
2 | scheduled on Judge Trumbull's calendar for November 24, 2009, at 2 p.m.

**PETTIT KOHN INGRASSIA & LUTZ PC**

Dated: October 8, 2009      By   /s/Damian M. Dolin
                                  Damian M. Dolin
                                  Robert A. Ortiz
                                  Attorneys for Defendant
                                  **ALLIED INTERSTATE, INC.**

316-2162