Damian M. Dolin, Esq., Bar No. 220867
Robert A. Ortiz, Esq., Bar No. 246849
**PETTIT KOHN INGRASSIA & LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, California  92130-2051
Tel:   (858) 755-8500
Fax:   (858) 755-8504
Email:    ddolin@pettitkohn.com
             rortiz@pettitkohn.com

Attorneys for Defendant
**ALLIED INTERSTATE, INC.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| TAMARA BARNES,<br><br>         Plaintiff,<br><br>v.<br><br>ALLIED INTERSTATE, INC.,<br><br>         Defendant. | Case No. 5:09-cv-03446-PVT<br><br>**JOINT STIPULATION DISMISSING THE CASE** |

IT IS HEREBY STIPULATED by and between the parties, through their counsel undersigned, that the above-entitled and numbered case be dismissed, each party to bear its own attorneys' fees and costs.

                                                       **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

Dated:  November 18, 2009         By     /s/Todd M. Friedman
                                                              Todd M. Friedman
                                                              Attorneys for Plaintiff
                                                              **TAMARA BARNES**

                                                       **PETTIT KOHN INGRASSIA & LUTZ PC**

Dated:  November 18, 2009         By     /s/Damian M. Dolin
                                                              Damian M. Dolin
                                                              Robert A. Ortiz
                                                              Attorneys for Defendant
                                                              **ALLIED INTERSTATE, INC.**

1